**Order entered December 17, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00403-CR**
**No. 05-15-00404-CR**
**No. 05-15-00405-CR**

**VINCENT DEWAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60209-P, F13-60595-P, F13-60931-P**

## ORDER

On October 22, 2015, this Court ordered counsel to file, by December 7, 2015, an amended brief either addressing the issue already presented in context of the March 16, 2015 second hearing or raising additional issues. To date, we have not received appellant's amended brief.

Accordingly, we **ORDER** appellant to file his amended brief by **JANUARY 4, 2016**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
        JUSTICE